**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **SUSAN M. SMALLEY**<br>CHIEF U.S. PROBATION OFFICER | March 26, 2021 | **U.S. COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 1001**<br>**NEWARK, NJ  07102**<br>**(973) 645-4240**<br>**FAX: (973) 645-2155**<br><br>www.njp.uscourts.gov |

The Honorable Esther Salas
United States District Judge
Martin Luther King Jr.
Federal Building & Courthouse
50 Walnut Street
PO Box 0999
Newark, New Jersey 07102

                                      Re: Blanding, Max
                                      Docket No.: 2:17CR00255-001
                                      **REPORT ON OFFENDER UNDER**
                                      **SUPERVISION**

Dear Judge Salas:

On August 1, 2018, the above mentioned was sentenced by Your Honor to an imprisonment term of time served, to be followed by three (3) years of supervised release for Possession of a Firearm by a Convicted Felon.  Blanding was ordered to pay a $100 special assessment and abide by the special conditions of Drug Testing and Treatment, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents, and Written Status Reports. Due to his residence in Florida, he commenced supervision in the Southern District of Florida (SD/FL) on August 2, 2018.

On February 9, 2021, Blanding submitted a urine specimen that yielded a positive result for marijuana (THC) and was subsequently confirmed positive by the national lab, Alere Toxicology Services, Inc.  Blanding admitted to the use of marijuana on two occasion the week prior to being tested and signed a drug use admission form on February 9, 2021.

The Probation Office is recommending no Court action be taken at this time since it's Blanding's first instance of noncompliance and positive drug test.  Blanding has been placed on a weekly scheduled urinalysis testing schedule for sixty (60) days.  The Probation Office will continue to monitor Blanding's compliance and determine if treatment is necessary.  If his non-compliance continues, the Court will be notified immediately.

We recommend presentation of the attached Probation Form 12A to Blanding as a written reprimand issued under the authority of the Court. If the Court agrees with our recommendation, we respectfully request that Your Honor review and sign the attached Probation Form 12A.  Should Your Honor wish to discuss this matter, Supervising U.S. Probation Officer Elisa Martinez can be reached at (973) 445-8519.

*Prob 12A Cover Letter*
*Max Blanding   page 2*

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
        Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*         *3/26/2021*
BRENDAN G. MURILLO            Date
U.S. Probation Technician

PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Max Blanding                               Cr.: 17-00255-001
                                                            PACTS #: 3775093

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/01/2018

Original Offense:   Possession of a Firearm by a Convicted Felon, 18 U.S.C. & 922(g)(1)

Original Sentence: time served imprisonment, 36 months supervised release

Special Conditions: $100 - Special Assessment, Drug Testing and Treatment, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents, and Written Status Reports

Type of Supervision: Supervised Release              Date Supervision Commenced: 08/02/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The person under supervision has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance'**<br><br>On February 9, 2021, Blanding submitted a urine specimen that yielded a positive result for marijuana (THC). Blanding admitted to the use of marijuana on two occasion prior to being tested and signed the drug use admission form on February 9, 2021. |

U.S. Probation Officer Action:

The Probation Office is recommending no Court action be taken at this time since it's Blanding's first instance of noncompliance and positive drug test. Blanding has been placed on weekly scheduled urinalysis testing for sixty (60) days. The Probation Office will continue to monitor Blanding's compliance and determine if treatment is necessary. If his non-compliance continues, the Court will be notified immediately.

Prob 12A – page 2
Max Blanding

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*   3/26/2021
BRENDAN G. MURILLO        Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.

3/29/2021
Date